UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

HIMELDA MENDEZ, *and on behalf of all other persons similarly situated*,

                    Plaintiff,

-against-

CHALK & VERMILION FINE ART, INC.,

                    Defendants.

------------------------------------- x

ORDER

19 Civ. 8469 (GBD)

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

    All conferences previously scheduled are adjourned *sine die*.

Dated: December 19, 2019
       New York, New York

                                  SO ORDERED.

                                  *George B. Daniels*
                                  GEORGE B. DANIELS
                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 19 2019